# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEELWORKERS PENSION TRUST<br>By DANIEL A. BOSH, CHAIRMAN<br><br>   Plaintiff,<br><br>   v.<br><br>THE RENCO GROUP, INC., ILSHAR<br>CAPITAL LLC, BLUE TURTLES, INC.,<br>UNARCO MATERIAL HANDLING, INC.,<br>ITEVA PRODUCTS LLC, THE DOE RUN<br>RESOURCES CORPORATION, and<br>USMAGNESIUM LLC,<br><br>   Defendants. | C.A. No. 16-190 |

## **O R D E R**

AND NOW, this 21st day of September, 2016, after the Plaintiff, Steelworkers Pension Trust, filed an action in the above-captioned case, and after Plaintiff filed a Motion to Stay Arbitration, and Defendants' filed a Motion to Dismiss the Amended Complaint, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties a period of time after being served with a copy to file written objections thereto, and upon consideration of the objections filed by the Plaintiff and the response to those objections filed by the Defendants, and upon independent review of the motions, briefs of counsel, and record evidence where appropriate, and upon consideration of the Magistrate Judge's Report and Recommendation [ECF No. 49], which is adopted as the opinion of this Court,

IT IS ORDERED that Plaintiff's Motion For Leave To File Reply Brief To Defendants' Opposition To Plaintiff's Objections To The Report And Recommendation Of Magistrate Judge

Mitchell [ECF No. 53] is **DENIED**; Defendants' Motion to Dismiss [ECF No. 36] is **GRANTED** in full; and Plaintiff's Motion to Stay Arbitration [ECF No. 20] is **DENIED**.

IT IS FURTHER ORDERED that the parties are directed to proceed to arbitration forthwith. The Clerk of Court shall mark this case as CLOSED.

IT IS FURTHER ORDERED THAT pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure if the plaintiff desires to appeal from this Order it must do so within thirty (30) days by filing a notice of appeal as provided in Fed. R. App. P. 3.

    /s/ Terrence F. McVerry
Terrence F. McVerry
Senior United States District Judge

Cc:    Counsel of Record via CM-ECF
        Hon. Robert C. Mitchell